7/29/2008.

TO: The Clerk of United States Court for the Northern District California,

FILED
AUG 11 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

I am inmate Rafael López CDC# D-00623 I writ this brief request to court I ask for another thirty days extension, in the above case number CV-083155 SBA.PR Please the reason that I ask for this extension're dues my transfer to another institution in the middle of my legal paper petition process their transfer me so please I ask for this extention with respect.

Please here it is my new address.
HIGH DESERT STATE PRISON
Facility B Building #4 Cell-210
P.O. Box-3030
Susanville, California
         96127-3030.

Very respectfull thank and I'm sorry to bother you

Rafael López

Rafael Lopez D-00623
High Desert State Prison
Facility B. Building #4
Cell 210
P.O. Box-3030
Susanville, California 96127-3030.

STATE PRISON
STATE PRISON
STATE PRISON

LEGAL MAIL

US POSTAGE
$00.420
08/08/2008
Mailed From 96127
0198204573

US District Court
450 Golden Gate Ave
P.O. Box 36060
San Francisco,
California 94102-3660.

