IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAFAEL LOPEZ, | No. C 08-03155 SBA (PR) |
| Petitioner, | **ORDER OF TRANSFER** |
| v. | |
| M. MARTEL, Warden, | |
| Respondent. | |

Petitioner, a state prisoner currently incarcerated at Mule Creek State Prison (MCSP), filed this habeas corpus petition pursuant to 28 U.S.C. § 2254 challenging prison discipline imposed by various prison facilities including: Deuel Vocational Institution; California State Prison - Sacramento; California Correctional Institution; Calipatria State Prison; and California Substance Abuse Treatment Facility and State Prison. He has filed an application to proceed in forma pauperis (IFP).

A petition for a writ of habeas corpus filed by a state prisoner in a State that contains two or more federal judicial districts may be filed in either the district of confinement or the district of conviction. See 28 U.S.C. § 2241(d). The district court where the petition is filed, however, may transfer the petition to the other district in the furtherance of justice. See id. Federal courts in California traditionally have chosen to hear petitions challenging a conviction or sentence in the district of conviction. See Dannenberg v. Ingle, 831 F. Supp. 767, 767 (N.D. Cal. 1993); Laue v. Nelson, 279 F. Supp. 265, 266 (N.D. Cal. 1968). But if a habeas petition is directed to the manner in which a sentence is being executed, e.g., if it involves parole or time credit claims, the district of

confinement is the preferable forum. See Habeas L.R. 2254-3(a); Dunne v. Henman, 875 F.2d 244, 249 (9th Cir. 1989).

Petitioner, who is challenging prison disciplinary hearings affecting his confinement, is currently incarcerated at MCSP, which lies within the venue of the Eastern District of California. See 28 U.S.C. § 84. Accordingly, the Court hereby ORDERS that pursuant to 28 U.S.C. § 1404(a) and Habeas L.R. 2254-3(b), and in the interests of justice, this petition be TRANSFERRED to the United States District Court for the Eastern District of California.

Petitioner's IFP application is TERMINATED as moot.

IT IS SO ORDERED.

DATED: 10/20/08

*Saundra B Armstrong*
SAUNDRA BROWN ARMSTRONG
UNITED STATES DISTRICT JUDGE

**United States District Court**
For the Northern District of California

P:\PRO-SE\SBA\HC.08\Lopez3155.Transfer-DISC.wpd

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAFAEL LOPEZ,<br><br>        Plaintiff,<br><br>  v.<br><br>MARTEL et al,<br><br>        Defendant. | Case Number: CV08-03155 SBA<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on October 22, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Rafael L.R. Lopez D-00623
High Desert State Prison
P.O. Box 3030
Susanville, CA 96127-3030

Dated: October 22, 2008

                                    Richard W. Wieking, Clerk
                                    By: LISA R CLARK, Deputy Clerk

P:\PRO-SE\SBA\HC.08\Lopez3155.Transfer-DISC.wpd